# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.  )  CR NO: 06-393 EJG

JAMES ANTHONY NICHOLS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **JAMES ANTHONY NICHOLS**

Detained at (custodian): **Sacramento County Jail**

Detainee is: a.) ☒ charged in this district by: **Violation Petition**
    ☐ Indictment     ☐ Information     ☐ Complaint
Charging Detainee With: **Violation of Supervised Release**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary October 3, 2008 at 10:00 a.m. in the Eastern District of California.*

Signature: /s/ Samuel Wong
Printed Name & Phone No: **SAMUEL WONG/916-554-2772**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *October 3, 2008 at 10:00 a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 2, 2008
Date      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Male ☒ | Female ☐ |
| Booking or CDC #: | X-REF 1816278 | DOB: | |
| Facility Address: | 651 I Street | Race: | White |
| | Sacramento, CA 95814 | FBI | 550158MA8 |
| Facility Phone: | 916-874-4565 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
    (Signature)

Form Crim-48     Revised 11/19/97