**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700   Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

**FILED**
**NOV 6 2008**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

DATE:   November 5, 2008

TO:   Colleen Lydon, Courtroom Clerk to
Honorable Edward J. Garcia

FROM:   Debra Lancaster, on behalf of
Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:   United States v. James Anthony Nichols
2:06-CR-00393 EJG

---

Please continue the Dispositional Hearing presently scheduled for November 7, 2008, to **Friday, November 21, 2008 at 10:00 a.m.** Assistant United States Attorney Samuel Wong, and United States Probation Officer Michael Sipe have no objection to the new scheduled date.

If you have any questions concerning the above, please feel free to contact me.

MB:dl
cc:  Michael Sipe, USPO  (786-2357)
     James Nichols

IT IS SO ORDERED